UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALKISTIS G. MEIMARIS,  :  ECF
                      :
         Plaintiff,   :  06 CV 7790 (LAP)
                      :
    -against-         :
                      :  **NOTICE OF MOTION FOR**
ERWIN S. BRAICH, individually and as Trustee  :  **RECONSIDERATION AND**
of the Peregrine Trust, BRAICH FAMILY         :  **TO AMEND JUDGMENT**
HOLDINGS, LLC, TALIA BRAICH, and              :
PEREGRINE TRUST,                              :
                      :
         Defendants.  :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the Affidavit of Alkistis G. Meimaris dated August 17, 2011, the accompanying Memorandum of Law, and upon all prior pleadings, submissions, and proceedings herein, the undersigned, counsel for Plaintiff-Claimant Alkistis G. Meimaris, will move this Court before the Honorable Loretta A. Preska, Chief United States District Judge, in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, pursuant to Local Rule 6.3 and Federal Rule of Civil Procedure 59(e), on a date and time to be determined by the Court, (i) to reconsider the Court's Order dated August 1, 2011 insofar as the Order pertains to the award of damages; (ii) to amend the resulting judgment accordingly; and (iii) for such other and further relief as this Court may deem just and proper.

Dated: August 17, 2011
      New York, New York

ME1 12142541v.1

By: /s/ Peter D. Stergios
Peter D. Stergios
Christina M. Schmid
McCarter & English, LLP
245 Park Avenue
New York, New York 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
*Attorneys for Plaintiff-Claimant*

MEI 12142541v.1